IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHARLES ROBERT BRITT,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3449

_____/

Opinion filed June 2, 2016.

An appeal from the Circuit Court for Liberty County.
Barbara K. Hobbs, Judge.

Charles Robert Britt, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Matthew Pavese, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

ROWE, KELSEY, and JAY, JJ., CONCUR.